IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID F. GENCARELLI, ESQUIRE, d/b/a/ GENCARELLI GROUP,<br><br>        Plaintiff,<br><br>– against –<br><br>NANOVIRICIDES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. _____<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S LOCAL CIVIL RULE 7.1 CERTIFICATE

Undersigned counsel of record for Defendant Nanoviricides, Inc. ("Nanoviricides") hereby certifies that, to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of Nanoviricides that have any outstanding securities in the hands of the public. This representation is made in order that judges of this Court may determine the need for recusal.

Dated: January 20, 2012

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

By: *[signature]*
Alexander C. Vincent (DC Bar No. 473459)
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854-6803
Telephone: (301) 255-0549
Facsimile: (301) 230-2891
E-mail: avincent@shulmanrogers.com

*Counsel for Defendant Nanoviricides, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that, on this 20th day of January 2012, I caused a true and correct copy of the foregoing Local Civil Rule 7.1 Certificate to be served upon Plaintiff David F. Gencarelli via first-class mail, postage prepaid, addressed to:

      Nathan I. Finkelstein, Esq.
      Robert J. Goldman, Esq.
      Matthew E. Feinberg, Esq.
      FINKELSTEIN & GOLDMAN, P.C.
      7315 Wisconsin Avenue, Suite 400 East
      Bethesda, Maryland  20814-3202
      *Counsel for Plaintiff David F. Gencarelli*

_____
Alexander C. Vincent